583

**Jesus CERBACIO–DIAZ, Petitioner,**

v.

**Alberto R. GONZALES, Attorney General, Respondent.**

No. 05–75095.

United States Court of Appeals, Ninth Circuit.

Submitted June 5, 2007.*

Filed June 13, 2007.

Alejandro Garcia, Esq., Commerce, CA, for Petitioner.

District Counsel, Esq., Office of the District Counsel, Department of Homeland Security, Los Angeles, CA, Ronald E. LeFevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, Richard M. Evans, Esq., Nancy E. Friedman, Esq., U.S. Department of Justice, Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: LEAVY, RYMER, and T.G. NELSON, Circuit Judges.

MEMORANDUM **

Jesus Cerbacio–Diaz, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' ("BIA") order affirming an immigration judge's order

denying his application for a waiver under former section 212(c). We have jurisdiction pursuant to 8 U.S.C. § 1252. We review de novo questions of law, *Fernandez–Ruiz v. Gonzales,* 468 F.3d 1159, 1163 (9th Cir.2006), and we deny the petition for review.

Cerbacio–Diaz's contention that he is eligible for a section 212(c) waiver under *INS v. St. Cyr,* 533 U.S. 289, 121 S.Ct. 2271, 150 L.Ed.2d 347 (2001), notwithstanding his conviction after a jury trial, is foreclosed by *Armendariz–Montoya v. Sonchik,* 291 F.3d 1116, 1121–22 (9th Cir.2002), *cert. denied,* 539 U.S. 902, 123 S.Ct. 2247, 156 L.Ed.2d 110 (2003) (there is no impermissible retroactive effect in the repeal of 1182(c) relief for aliens convicted by jury).

**PETITION FOR REVIEW DENIED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

